### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

GLEN E. MOAK                                                            PLAINTIFF

V.                                                Civil Action No. 3:06-cv- 180 HTW-JCS

JUSTIN P. LACKEY                                                        DEFENDANT

### *ORDER OF DISMISSAL WITH PREJUDICE*

This cause came on for hearing on motion *ore tenus* by the plaintiff to dismiss this suit

with prejudice; and

The Court, having been advised that plaintiff and the defendant have reached a

compromise settlement, is of the opinion that the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED that this cause be and is hereby dismissed with

prejudice with each side to bear its own costs.

SO ORDERED this the 28th day of December, 2006.

                                        s/ HENRY T. WINGATE
                                        CHIEF UNITED STATES DISTRICT JUDGE


        AGREED AND APPROVED AS TO FORM:
        /s/ Don H. Evans                              /s/ Leland S. Smith
        DON H. EVANS, ESQ.                            LELAND S. SMITH, ESQ.
        *ATTORNEY FOR PLAINTIFF*                      *ATTORNEY FOR DEFENDANT*